IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00312-M

| | | |
|---|---|---|
| KEMPTON HEALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED HEALTHCARE INSURANCE, and | ) | |
| UNITED HEALTHCARE SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

These matters come before the court on the Defendants' Consent Motion for Leave to File Exhibit under Seal [DE 18] and Plaintiff's Consent Motion for Leave to File under Seal [DE 22]. The parties seek to restrict from public access Plaintiff's sensitive medical information in documents submitted in support of their motions for summary judgment. Pursuant to Local Civil Rule 79.2, the court finds that these documents contain confidential information that should be sealed.

Accordingly, the motions to seal are GRANTED. The Clerk of the Court shall maintain under seal the documents located at DE 17-3, 20, 20-1, and 21 until further order of the court.

SO ORDERED this 16th day of April, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE