IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00312-M

| | | |
|---|---|---|
| KEMPTON HEALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED HEALTHCARE INSURANCE, and | ) | |
| UNITED HEALTHCARE SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

These matters come before the court on the Plaintiff's Motions for Leave to File under Seal [DE 29, 32].[1] The Plaintiff seeks to restrict from public access her sensitive medical information in documents submitted in support of the parties' motions for summary judgment. Pursuant to Local Civil Rule 79.2, the court finds that these documents contain confidential information that should be sealed.

Accordingly, the motions to seal are GRANTED. The Clerk of the Court shall maintain under seal the documents located at DE 27, 28, and 31 until further order of the court.

SO ORDERED this ___13th___ day of May, 2025.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court reminds the parties that, in the interests of judicial efficiency and economy, the court's requirement to confer on all requests for relief extends to each and every motion filed. *See* REM Prac. Prefs. & Procs. § I.A.