| | | |
|---|---|---|
| KEMPTON HEALEY, | ) | |
| | ) | |
| Plaintiff, | ) | **PARTIAL** |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | 5:24-CV-312-BO-RN |
| UNITEDHEALTHCARE INSURANCE | ) | |
| COMPANY and UNITED HEALTHCARE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by the Court.**

This cause comes before the Court on cross-motions for summary judgment. Defendant moved for summary judgment [DE 17] and plaintiff moved for summary judgment [DE 19].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment [DE 17] is DENIED and plaintiff's motion for summary judgment [DE 19] is GRANTED. United's denial of benefits is REVERSED. Partial judgment is entered for plaintiff, pursuant to Fed. R. Civ. P. 54(b), in the amount of $88,060. Plaintiff is further awarded post-judgment interest at the rate described by 28 U.S.C. § 1961. Plaintiff is awarded attorneys' fees.

The Court defers the portion of its judgment pertaining to pre-judgment interest.

**This judgment filed and entered on February 10, 2026, and served on:**
Gilda Hernandez (via CM/ECF Notice of Electronic Filing)
Briahna Koegel (via CM/ECF Notice of Electronic Filing)
Matthew Marlowe (via CM/ECF Notice of Electronic Filing)
Samuel Frazelle (via CM/ECF Notice of Electronic Filing)
David Klass (via CM/ECF Notice of Electronic Filing)
Nicholas Hulse (via CM/ECF Notice of Electronic Filing)
Sharon Suh (via CM/ECF Notice of Electronic Filing)

February 10, 2026

PETER A. MOORE, JR., CLERK

*Lindsay Stouch*

By: Deputy Clerk